UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MCNAMEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INDIGO SAN FRANCISCO, LLC,<br><br>    Defendant. | Case No. 21-cv-01688-AGT<br><br>**ORDER GRANTING MOTION TO WITHDRAW FROM ARBITRATION**<br><br>Re: Dkt. No. 32 |

Last year the Court stayed this case pending the outcome of nine separate arbitrations, each between defendant indiGO San Francisco, LLC, and one of the nine plaintiffs. The plaintiffs were employed by indiGO and allege that indiGO unlawfully discriminated against them.

During the arbitration between indiGO and plaintiff Daniel McNamee, indiGO admits that it failed to timely pay certain fees that were due. *See* Dkt. 33-1, Sloustcher Decl. ¶ 11. Because of that delinquency, McNamee can—and has elected to—unilaterally withdraw from arbitration. *See* Cal. Civ. Proc. Code § 1281.98(a)(1), (b)(1). To make the election official, McNamee filed a motion to withdraw, which indiGO "does not oppose." Dkt. 33 at 6 (emphasis and capitalization omitted).

McNamee's unopposed motion to withdraw is granted, and the stay on proceedings between him and indiGO is lifted. The stay will remain in place for the other eight plaintiffs. Only in McNamee's arbitration did indiGO fail to timely pay required fees.

McNamee seeks to recover attorney's fees for the time his counsel spent on his motion to withdraw. He is entitled to recover those fees under California Civil Procedure Code section 1281.99(a), which provides that the Court "shall" award reasonable expenses, including attorney's fees, to a party who unilaterally withdraws from arbitration under section 1281.98(a). The Court will award fees, but McNamee's attorney must first prepare an updated accounting of the time she spent on the motion and reply. (To date, she has provided only an estimate of the hours she anticipated billing on the matter. *See* Dkt. 32-2, Bradner Decl. ¶ 12.) McNamee must file a declaration with this updated accounting by July 20, 2022.

McNamee and indiGO must appear for a case management conference on August 5, 2022. The week before, on July 29, 2022, they must submit a joint case management statement. The hearing on McNamee's motion to withdraw is vacated.

**IT IS SO ORDERED.**

Dated: July 13, 2022

Alex G. Tse
United States Magistrate Judge