UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MCNAMEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INDIGO SAN FRANCISCO, LLC,<br><br>    Defendant. | Case No. 21-cv-01688-AGT<br><br>**ORDER TO PAY FEES**<br><br>Re: Dkt. Nos. 32, 36 |

    The Court previously granted Daniel McNamee's motion to withdraw from arbitration and held that he was also entitled to recover "attorney's fees for the time his counsel spent on his motion to withdraw." Dkt. 36 at 2 (citing Cal. Civ. Proc. Code § 1281.99(a)). The Court directed McNamee's attorney to prepare "an updated accounting," *id.*, which she did. Her accounting reflects that she spent six hours on the motion, one hour on the reply and proposed order, and half an hour on the declaration in which she provided her updated accounting. *See* Dkt. 37, Bradner Decl. ¶ 2. The time counsel spent on her work was reasonable. And using her hourly rate of $400 (*see id.* ¶ 3), which is also reasonable given her experience (over 23 years of employment litigation practice), counsel's fees amount to $3,000. indiGO San Francisco, LLC, must pay that amount to McNamee by August 19, 2022.

    **IT IS SO ORDERED.**

Dated: August 5, 2022

Alex G. Tse
United States Magistrate Judge